MHN

THE UNITED STATES DISTRICT COURT

NORTNERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Samuel Sledge | ( Judge Dow |
| Plaintiff; | ( 09C 04186 |
| v. | ( |
| Bellwood School District 88 | ( FILED 9-15-2009 SEP 1 5 2009 |
| Defendant; | ( MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

<u>Amended Complaint</u>

Come now the Plaintiff for his cause alleges as follows:

This action is for Discrimination, retaliation, and breach of manual:

1. On September 2005 the Bellwood School District 88 hired Plaintiff as a School bus driver.

2. 90 days afterwards Plaintiff was in the Union local 73, was given an employer's manual that addressed all the procedures between the defendant and the Plaintiff.

3. An employment opportunity comes vacant, plaintiff applied for this position at the request of another Board Member. ( John wicks).

4. The vacancy was not posted in my work place.

1.

5. Vacancy's must be posted in all work area's pursuant to 6.7 employer's manual.

6. Plaintiff have a copy of the vacancy qualification, and does meet the qualification.

7. 6-2 of the employer's manual states bargaining employee's shall be considered for transfers and promotions before non bargaining employee's.

8. The report from H.R. department did not indicate whether the candidate considered was a unit bargaining Applicant.

9. Cause of these above reasons plaintiff filed a complaint in the circuit court.

10. The retaliation begin after plaintiff filed the complaint in the court.

11. Defendant claimed a Child coming out off the garage setting off the alarm assumed got off the bus plaintiff was driving.

12. That same day plaintiff went to the Bellwood police department asking whether the alarm went off the officer replied no alarm went off.

13. Defendant out of malice intentionally induced consideration for an outside applicant that breached employer's manual.

*Wherefore defendant acted without justification and with malice Plaintiff demands recoveries for loses cause of defendant breach employer's manual.*

14. *The Superintendent alleged Plaintiff negligence and failure to follow transportation procedures, does not specify what negligence or transportation procedure was violated.*

15. *Pursuant to 11.2 employer's manual Superintendent shall inform the employee the reason for discipline.*

16. *Sledge was terminated by the Board for reason of termination, doesn't state the reason for termination.*

17. *Pursuant to 11.3 Employer's manual all levels of disciplinary action against an employee shall be done in writing with full reason stated therein.*

18. *Plaintiff also filed complaint in the EEOC department.*

19. *Defendant intentionally falsified documents to the EEOC hearing Officer alleging Joe Crowell was considered for building and ground vacancy.*

20. *The document from H.R. Department states Joe Crowell was not considered for the Building and Ground vacancy.*

3.

A). Defendant intentionally interfered with due process violating plaintiff 14th and 1st amendment civil right. Wherefore plaintiff demand's redress.

B). Defendant intentionally out of malice falsified those documents to the EEOC Hearing officer. Wherefore plaintiff demands Motion for direct verdict( judgment not withstanding the verdict.

C). To sustain cause of action for breach of employment contract, employee must demonstrate that the employment manual contain clear and expressed limitation that employee would not be terminated or <u>disciplined except for cause.</u>

<u>Charyn V. National Westminster Bank,USA.</u> 204 App. Div. 2d 676, 612 NYS2d 432.

SEE EMPLOYER'S MANUAL 11.3 FOR SUPPORT. " discipline except for cause".

<u>PLAINTIFF STATEMENTS OF LEGAL CONTENTION;</u>

1. The action on part of the H.R .Administrator for considering a non black outside applicant for the same vacancy is discrimination. Witnesses Joe Reed, Joe Raspy, James Graham, and John wicks.

4.

2. *Defendant intentionally out of malice without consideration of the policy, considering a non black applicant, for no just reason violated Plaintiff title V11 Civil rights act of 1964 regarding color.*

3. *This position pays 85,000.00 Annually, from the time plaintiff should have been considered for the position up to now, it have been 3.10 years x85,000=326,000.00*

4. *In Roy V. Coyne case Plaintiff was required to show only that defendant intentionally induced another to breach contract with plaintiff that intentionally interfered with business.*
   *Roy V. Coyne 196 Ill. Dec. 859, 630 N.E. 2d 1024, 259 Ill. App.3d 269 (Ill. App. 1st Dist. 1994).*

5. *Bellwood school district 88 acted without justification interfered with contractual related process and procedures, affecting business.*

6. *In Marczak V. Drexel National Bank case, for recovery the plaintiff must show defendant acted without justification or malice.*
   *Marczak V. Drexel National Bank. 134 Ill. Dec.441, 542 N.E. 2d 787, 186 Ill. App. 3d 640. ( Ill. App.1st dist.1988}.*

5.

**7. Sledge V. Bellwood School District 88 case**, is in conflict with,

**The School Board of Valley View Community Unit School District V. File**

*89 Ill. App. 3d 1132, 412 N.E. 1030, 45 Ill. Dec. 448 ( Ill. App. 3rd Dist. 1980).*

*Administrative Agency's decision is against the manifest weight of the evidence only if the opposite conclusion is evident .S.H.A CH110 3-110. Where the Agency action does specify what evidence accepted, and what was contrary to the manifest weigh to the evidence, whether a ground relied upon was constitutional or not, in either case there is no findings, there should not have been no Judicial Review in the Trial Court.*

## CONCLUSION

8. *Government must treat similar individuals in the same manner. Equal protection clause U.S. Constitution. Defendant lack subject matter, and personal contractual Jurisdiction regarding breach of Employer's manual & due process.*

*Wherefore Plaintiff demands the Circuit court decision invoked.*

*Wherefore for the forgoing reasons Plaintiff request this Court Order for a direct verdict. Regarding the defendant's intentionally falsified evidence with malice.*

**Samuel Sledge**
**907 N. Lawler**
**Chicago, Illinois 60651**
**(708) 415-5055**

*/s/ Samuel Sledge*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

09 C 04186

Samuel Sledge

Plaintiff;

v.

Bellwood School district 88

Defendant;

## CERTIFICATE OF SERVICE;

Plaintiff certify on September 14, 2009 I served copies of amended complaint to defendant address 640 Eastern, Bellwood, Illinois 60104 by depositing them in the UNITED STATES POST OFFICE downtown location at 10;30 A.m. addressed to Bellwood School District 88.

Samuel Sledge

907 N. Lawler

Chicago, Illinois 60651

(708) 415-5055